USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTRANS TRUCK LINES, LLC,

                Plaintiff,

-against-

ORIENT EXPRESS CONTAINER CO., LTD,

                Defendants.

22-CV-05477 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the close of fact discovery scheduled for **June 30, 2024**, except that the previously ordered status letter on April 12, 2024 is ADJOURNED.

    However, in accordance with Rule II(B)(9) of the Court's Individual Rules & Practices, it is HEREBY ORDERED that all parties shall follow the Court's procedures for post-fact-discovery communications with the Court following the close of fact discovery on June 30, and shall appear for a post-fact discovery conference on **Thursday, August 8, 2024** at **9:30 a.m.** The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. The close of expert discovery, which is currently scheduled for **August 30, 2024**, shall be adjourned pending the August 8 conference. The Status Conference previously scheduled for **July 9, 2024** is also hereby adjourned.

    All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 5, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge